UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------x
NOLVIS ESPERANZA MALDONADO AMAYA,
Individually and on behalf of all others similarly situated,

                              Plaintiff,                Docket No. 23-cv-02031-ENV-ST

           -VS-

                                                            **KARL SILVERBERG'S**
MARGARITAS CAFÉ VI INC. d/b/a                   **DECLARATION**
MARGARITA'S CAFÉ,
PUGLIAS OF GARDEN CITY INC. and
MULBERRY STREET LOUNGE INC. d/b/a
THE CUBAN and
WILLIAM MARTINEZ, as an individual,

                              Defendants.
--------------------------------------------------------------------x

      I, Karl Silverberg, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the foregoing is true and correct:

1. I am attorney for the defendants in the above matter.

2. I have first-hand knowledge of the information stated herein.

3. I submit this declaration in opposition to plaintiff's motion that seeks conditional class certification under the Fair Labor Standards Act.

4. I write object to plaintiff's request for class contact information in electronic format. Defendants have each employee fill out an Employee Information Form with the employee's contact information. Defendants should not have to do more than provide the class member Employee Information Forms to plaintiff. **Exhibit A** is a true copy of defendants' Employee Information Form (blank form).

Executed: October 1, 2024

                                                  ____/s/ Karl Silverberg ____
                                                       Karl Silverberg