

# EMPLOYEE INFORMATION FORM

**EMPLOYEE NAME**

LAST NAME _____

FIRST NAME _____ M.I. _____

**CONTACT INFORMATION**

PHONE NUMBER  _____

EMAIL ADDRESS  _____

ADDRESS  _____
_____

DOB  _____

SSN (LAST 4 NUMBER)  _____

**WORK INFORMATION**

FULL TIME  _____  PART TIME  _____

POSITION  _____

LOCATION  _____

**EMERGENCY CONTACT INFORMATION**

NAME  _____

PHONE NUMBER  _____  EMAIL ADDRESS

_____

ADDRESS  _____

EMPLOYEE SIGNATURE _____  DATE _____

*To COMPLETE your application, you must provide your ID with photo

987 Stewart Ave, Garden City, NY 11530
(516)-222-0295 / (516)-222-1421