UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
NOLVIS ESPERANZA MALDONADO AMAYA,
Individually and on behalf of all others similarly situated,

                                     Plaintiff,          Docket No. 23-cv-02031-ENV-ST

              -VS-                           **WILLIAM MARTINEZ'S**

MARGARITAS CAFÉ VI INC. d/b/a           **DECLARATION**
MARGARITA'S CAFÉ,
PUGLIAS OF GARDEN CITY INC. and
MULBERRY STREET LOUNGE INC. d/b/a
THE CUBAN and
WILLIAM MARTINEZ, as an individual,

                            Defendants.
-----------------------------------------------------------------------x

       I, William Martinez, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that

the foregoing is true and correct:

1. I am the named defendant in the above matter. I am president for each of the corporate

    defendants above, namely Margaritas Café VI Inc. d/b/a Margarita's Café, Puglias of

    Garden City Inc. and Mulberry Street Lounge Inc. d/b/a The Cuban.

2. I have first-hand knowledge of the information stated herein.

3. I submit this declaration in opposition to plaintiff's motion that seeks conditional class

    certification under the Fair Labor Standards Act.

4. I write primarily to dispute plaintiff Nolvis Esperanza Maldonado Amaya's ("Amaya's")

    statements as to the number of hours she claims to have worked.

5. Plaintiff claims the following in her affidavit, Paras. 4 & 5:

        I worked primarily as a food preparer, runner and busser for the Defendants.

        During my employment in both locations, I worked approximately 13.5 hours per

Page **1** of **5**

day, 4 days per week and approximately 10 hours per day, 2 days per weekor

approximately seventy-four (74) hours per week, or more, with the exemption in

year 2022.

6. The general practices and procedures at my restaurants is that employees such as Amaya
do not work over 40 hours per week. **Exhibit A** are Amaya's signed timesheets for the
years 2021, 2022, and 2023. Amaya never worked more than 40 hours/week.

7. Yet, now she claims that since 2018 she worked on average 74 hours/week.

8. More than that, she claims defendants paid her for those 74 hours, but just not the "time-
and-a-half for each hour of overtime." She says: "I was paid at the same hourly rates
even when I worked more than 40 hours during that week. As such, I was never paid
time and a half for my overtime hours worked per week." (Amaya Aff. ¶ 9.)

9. Amaya is delusional. Defendants paid Amaya according to her time records shown in
Exhibit A, which timesheets show that Amaya never worked more than 40 hours in a
week. **Exhibit B** is Amaya's payroll register showing the payments that defendants made
to Amaya, and which payments match up with Amaya's timesheets.

10. Moreover, Amaya was the subject of two reprimands. One of which was falsifying her
timesheet. **Exhibit C** is a true copy of Anaya's two reprimands.

11. Defendants pay all their workers for the hours worked including time-and-half when
working overtime, and at the required legal rate.

12. Contrary to Amay's claim, I do not believe my restaurants have a high turnover rate.

Executed: ___10|1___ , 2024

_____
William Martinez