THE CUBAN & MARGARITAS CAFÉ

# EMPLOYEE COUNSELING DOCUMENTATION

## EMPLOYEE INFORMATION:

Name: Nolvis Maldonado　　Date: 10/24/22

Restaurant: Garden City/Culver　Date of Violation: 10/23/22　Position: Busser

## WARNING TYPE

☐ VERBAL COACHING　☐ WRITEN WARNING　☐ PROBATION ☒ UNPAID SUSPENSION ☐ DISCHARGE

## TYPE OF OFFENSE

ON 10/24/22 Nolvis Maldonado handed their Time sheet, Where she marked she had worked Sunday 10/23/22. As we checked our weekly schedule we noticed she wasn't scheduled nor did she work at all on said day. As stated on our employee hand book page 20 "Tampering, altering, not clocking out when finished side works or falsifying time records or recording time for another employee etc. may result in disciplinary action, up to and including termination. Also marked she clocked in at 10:30am which isn't a scheduled time during the even for any server, Busser. THIS IS GROUNDS FOR TERMINATION OF EMPLOYMENT FOR FALSIFYING TIME SHEET.

Repeated violations or deficiencies may result in further corrective action to include FINAL WARNING, UNPAID SUSPENSION and/or DISCHARGE

### Acknowledgement of Receipt of Warning

Staff member acknowledges this counseling session and is aware of company rules, guidelines and expectations. Staff member understands that any level of discipline may take place based on circumstances of the incident or issue.

Signed (staff member): REFUSED TO SIGN　　Position: Busser　　Date: 10/24/22

Printed Name:

Staff member must sign to acknowledge this counseling session to receive a copy of this documentation. If staff member refuses to sign, manager must write, "refused to sign" on staff member signature line and initial

Manager's Signature: _[signature]_　　Date: 10/24/22

Printed Name: Angelica Melo　　Title: 10/24/22

Witness Signature: _[signature]_　　Date: 10/24

Printed Name:　　Title:

# THE CUBAN & MARGARITAS CAFÉ

## EMPLOYEE COUNSELING DOCUMENTATION

### EMPLOYEE INFORMATION:

Name: VANESSA    Date: 8/2/21

Restaurant: The Cuban Garden City    Position: Busser

### WARNING TYPE

☐ VERBAL COACHING   ☐ WRITTEN WARNING   ☐ PROBATION   ☐ UNPAID SUSPENSION   ☐ DISCHARGE

Date of Violation: 8/2/21

### TYPE OF OFFENSE

See Enclosed written sheet

*Side note: VANESSA left during this's Documentation of her write up at 8:30pm*

---

**Repeated violations or deficiencies may result in further corrective action to include FINAL WARNING, UNPAID SUSPENSION and/or DISCHARGE**

**Staff member must sign to acknowledge this counseling session to receive a copy of this documentation. If staff member refuses to sign, manager must write, "refused to sign" on staff member signature line and initial**

Staff member acknowledges this counseling session and is aware of company rules, guidelines and expectations. Staff member understands that any level of discipline may take place based on circumstances of the incident or issue.

### Acknowledgement of Receipt of Warning

Signed (staff member): _____    Position: Busser

Printed Name: VANESSA    Date:

Manager's Signature: _____    Date: 8/2/21

Printed Name: Jenne Espinose    Title: manager

Witness Signature: _____    Date:

Printed Name: _____    Title:

*Iwas wing — of this*

Aug 3 2021

Ms. Vanessa is being written up for leaving the dining room floor multiple times and periods of time, up to 25 mins at a time, with no prior approval or notice to any staff member or management. Ms. Vanessa has been spoken to by Mr. Alvilla on the night of Aug 17th, and verbally warned by me Felipe Espinosa, M.O.D. on Aug 26th for exhibiting the same behavior and activity. Ms. Vanessa was told by me, if for any reason at anytime she needs to leave the floor to first check with me and let me know.

This is so I can properly cover her absence from the floor. On Monday Aug. 2, 2021 after my own observation I couldn't locate Ms. Vanessa, left with no other alternative. These actions vacant on write up. Ms. Vanessa was called to the office by me and Mr. Yosmil Johnes in as a witness. Also present was Ms. Penelope and Ms. Tatiana. I asked Ms. Tatiana to translate my english to Spanish so that Ms. Vanessa would understand completely what was going to be said and written down. During explanation Ms. Vanessa interrupted several times to explain her actions and became visibly upset. She walked out at 8:36. Mr. Yosmil, Ms. Penelope, and Ms. Tatiana did hear witness to her walking off from her shift. Approximately 30 mins later at a little after 9:00pm Ms. Vanessa asked to speak to me. I asked Mr. Yosmil to again join in as a witness. After her explanations and further explanation of the write up she returned to work. She did state she would "speak with Mr. Willy" if she further repeat these activities and behavior Ms. Vanessa has been explained why she has been written up and she told also the consequences if a signature of acknowledgement from Ms. Vanessa is pending.