# CIVIL MINUTE ENTRY

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | March 21, 2025 |
| TIME: | 10:00 A.M. |
| DOCKET NUMBER(S): | CV-23-2031 (SJB) |
| NAME OF CASE(S): | Amaya v. Margaritas Cafe VI Inc. et al. |
| FOR PLAINTIFF(S): | O'Donnell |
| FOR DEFENDANT(S): | Silverberg |
| NEXT CONFERENCE(S): | See rulings below |
| FTR/COURT REPORTER: | Cisco (10:00 - 10:15) |
| RULINGS FROM Telephone Conference: | |

Defendants clarified that they are not substantively opposing the conditional certification of a collective action. Accordingly, the Motion to Certify FLSA Collective Action [25] is granted as unopposed. As discussed, Defendants shall provide contact information for the potential class members in whatever format they have it and do not need to create new spreadsheets or other documents to comply with the notice provisions. Parties are discussing whether to engage in further mediation or ask for settlement conference. Parties shall file a joint status report by April 21, 2025.