

# HELEN F. DALTON & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, New York 11415
Tel. (718) 263-9591  Fax. (718) 263-9598

April 21, 2025

**<u>Via ECF</u>**:
The Honorable Judge Steven Tiscione
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re:    **Amaya v. Margaritas Café VI, Inc., *et al***
Civil Docket No.: 23-CV-2031 (ENV)(ST)

Dear Judge Tiscione:

We represent the Plaintiff in the above-referenced matter and we submit this status report jointly with counsel for Defendants pursuant to the Court's March 21, 2025 Order.

Pursuant to the above Order, Defendants were to produce contact information for potential class members, however, Defendants are still in the process of producing said information. Defendants have indicated that they are meeting with their client and anticipate producing the contact information within the next two weeks.

Once the contact information has been provided and our office has had a chance to review, the parties intend to discuss whether they would like to engage in further mediation or request a settlement conference.

In light of the above, we propose submitting a further status report to the Court on or before May 19, 2025.

We thank the Court for its consideration on this matter, and we remain available to provide any additional information.

Respectfully submitted,

*James O'Donnell*
James O'Donnell, Esq.