# Silverberg P.C.

320 Carleton Ave., Suite 6400, Central Islip, New York 11722
Phone: 631-778-6077
www.silverbergpclaw.com

KARL SILVERBERG
ksilverberg@silverbergpclaw.com

June 20, 2025

**Via ECF**

The Honorable Judge Steven Tiscione
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

        Re:    *Amaya v. Margaritas Café VI, Inc., et al.*
                  *Civil Docket No.: 23-CV-2031 (ENV)(ST)*

Dear Judge Tiscione:

      My office represents the defendants in the above-referenced matter. I submit this status report jointly with counsel for plaintiff pursuant to the Court's May 20, 2025, Order.

      Pursuant to the above Order, defendants were to produce contact information for potential class members. Defendants are still in the process of producing said information. It has been slow going with defendants' internal personnel responsible for gathering the data. As such, defendants request an additional two weeks to complete the task of producing the contact information. The plaintiff has graciously agreed to this request.

      Once the contact information has been provided, and the plaintiff has a chance to review the information, the parties intend to discuss whether they would like to engage in further mediation or request a settlement conference.

      In light of the above, we propose submitting a further status report to the Court on or before June 18, 2025.

      We thank the Court for its consideration on this matter, and we remain available to provide any additional information.

                                                                             Very truly yours,
                                                                             /s/ Karl Silverberg
                                                                             Karl Silverberg