**CIVIL MINUTE ENTRY**

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | July 18, 2025 |
| TIME: | 10:00 A.M. |
| DOCKET NUMBER(S): | CV-23-2031 (SJB) |
| NAME OF CASE(S): | Amaya v. Margaritas Cafe VI Inc. et al. |
| FOR PLAINTIFF(S): | Avshalumov |
| FOR DEFENDANT(S): | Silverberg |
| NEXT CONFERENCE(S): | See rulings below |
| FTR/COURT REPORTER: | Not Recorded |

RULINGS FROM  Telephone Conference                    :

Defendants will produce the  contact information for the potential class members within the next week and Plaintiffs will then send out notice to the potential class.  Parties will file a joint status report by August 4, 2025 confirming that notice was sent out.