

# HELEN F. DALTON & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
T. (718) 263-9591 | F. (718) 263-9598

August 4, 2025

**To (via ECF):**
The Honorable Steven Tiscione, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    **Amaya v. Margaritas Cafe VI Inc. et al.**
                Civil Docket No.: 2:23-cv-02031-SJB-ST

Dear Judge Tiscione:

    Our office represents the Plaintiff in the above-referenced matter, and we submit this letter to apprise the Court that Plaintiff has not received the contact information for the potential collective class from Defendants as required by the Court's July 18, 2025 Order.

    During the parties' conference held July 18, 2025, and pursuant to the Court's Order, the Defendants were directed to produce contact information for the potential class members within the next week, and Plaintiff will then send out notice to the potential class. However, to date, the Defendants have not provided any information, nor have we receive any update from the Defendants. Further, we reached out to Defendants on Friday, August 1, 2025 for an update but did not receive a response.

    In view of the foregoing, we respectfully request the Court to issue an order compelling the Defendants to produce the contact information for the potential class members as soon as possible.

    We thank the Court for its kind consideration in this matter, and we remain available to provide any additional information.

                                                Respectfully submitted,

                                                *Roman Avshalumov*
                                                Roman Avshalumov, Esq.

CC (via ECF):

*Counsel for Defendants*