# CIVIL MINUTE ENTRY

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | August 8, 2025 |
| TIME: | 11:30 A.M. |
| DOCKET NUMBER(S): | CV-23-2031 (SJB) |
| NAME OF CASE(S): | Amaya v. Margaritas Cafe VI Inc. et al. |
| FOR PLAINTIFF(S): | O'Donnell |
| FOR DEFENDANT(S): | Silverberg |
| NEXT CONFERENCE(S): | See rulings below |
| FTR/COURT REPORTER: | Not Recorded |

RULINGS FROM Telephone Conference:

Defendants have had trouble getting information from their payroll company but shall produce the contact information no later than August 5, 2025. Parties shall file a joint status report by August 18, 2025.