

# HELEN F. DALTON & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, New York 11415
Tel. (718) 263-9591  Fax. (718) 263-9598

August 18, 2025

**Via ECF**:
The Honorable Judge Steven Tiscione
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re: **Amaya v. Margaritas Café VI, Inc., *et al***
      Civil Docket No.: 23-CV-2031 (ENV)(ST)

Dear Judge Tiscione:

  We represent the Plaintiff in the above-referenced matter and we submit this status report pursuant to the Court's August 8, 2025 Order.

  Although Defendants represented that they would produce the collective class contact information by August 15, 2025 at the August 8, 2025 Conference, we still have not received the production. Our office reached out to Defendants' counsel earlier today as to the status of the production but did not receive any response. As such, we respectfully request a further conference to address Defendants' failure to produce this information.

  We thank the Court for its consideration on this matter, and we remain available to provide any additional information.

                Respectfully submitted,

                *James O'Donnell*
                James O'Donnell, Esq.