# CIVIL MINUTE ENTRY

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | August 22, 2025 |
| TIME: | 10:00 A.M. |
| DOCKET NUMBER(S): | CV-23-2031 (SJB) |
| NAME OF CASE(S): | Amaya v. Margaritas Cafe VI Inc. et al. |
| FOR PLAINTIFF(S): | O'Donnell |
| FOR DEFENDANT(S): | Silverberg |
| NEXT CONFERENCE(S): | See rulings below |
| FTR/COURT REPORTER: | Not Recorded |

RULINGS FROM Telephone Conference:

Defendants have been in contact with the payroll company and are in the process of obtaining the necessary records so that the list of names and contact information of all former employees during the relevant time period can be disclosed. Defendants expect that they will have the information ready for disclosure within a week. Parties shall file a joint status report by September 5, 2025 confirming that this information has been produced.