

# HELEN F. DALTON & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, New York 11415
Tel. (718) 263-9591  Fax. (718) 263-9598

September 4, 2025

**Via ECF**:
The Honorable Judge Steven Tiscione
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: **Amaya v. Margaritas Café VI, Inc., *et al***
Civil Docket No.: 23-CV-2031 (ENV)(ST)

Dear Judge Tiscione:

We represent the Plaintiff in the above-referenced matter and we submit this status report pursuant to the Court's August 26, 2025 Order.

Defendants have produced the list of names and contact information for former employees during the relevant time period. Based on the date of mailing of the notices, the 90 day opt-in period will conclude on December 2, 2025.

As such, we propose filing a further status report on or before December 9, 2025 to advise the Court as to the status of the collective class and proposed next steps regarding discovery or settlement efforts.

We thank the Court for its consideration on this matter, and we remain available to provide any additional information.

Respectfully submitted,

*James O'Donnell*
James O'Donnell, Esq.