# CIVIL MINUTE ENTRY

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | March 27, 2026 |
| TIME: | 10:00 a.m. |
| DOCKET NUMBER(S): | 23cv2031-SJB-ST |
| NAME OF CASE(S): | Amaya v. Margaritas Cafe VI Inc. et al |
| FOR PLAINTIFF(S): | Schillaci |
| FOR DEFENDANT(S): | Silverberg |
| NEXT CONFERENCE(S): | Settlement Conference - June 15, 2026 at 11:00 a.m. |
| FTR/COURT REPORTER: | Not Recorded. |

RULINGS FROM  Telephone Conference          :

Parties shall complete all remaining discovery by June 1, 2026.  The Court will hold an in-person settlement conference on June 15, 2026 at 11:00 a.m.  Parties are to submit their respective settlement positions via ex parte electronic filing no later than June 12, 2026. Counsel are to refer to the Settlement Section of this Court's Individual Rules in preparation for the conference.